No. 81–2125. BELL, SECRETARY OF EDUCATION *v.* NEW JERSEY ET AL. C. A. 3d Cir. Certiorari granted. ▆

No. 81–2337. BLOCK, SECRETARY OF AGRICULTURE, ET AL. *v.* NORTH DAKOTA EX REL. BOARD OF UNIVERSITY AND SCHOOL LANDS. C. A. 8th Cir. Certiorari granted. ▆

No. 82–63. CITY OF REVERE *v.* MASSACHUSETTS GENERAL HOSPITAL. Sup. Jud. Ct. Mass. Certiorari granted.

No. 82–195. MUELLER ET AL. *v.* ALLEN ET AL. C. A. 8th Cir. Certiorari granted. ▆

No. 81–1889. PUBLIC SERVICE COMMISSION OF THE STATE OF NEW YORK *v.* MID-LOUISIANA GAS CO. ET AL.;
No. 81–1958. ARIZONA ELECTRIC POWER COOPERATIVE, INC. *v.* MID-LOUISIANA GAS CO. ET AL.;
No. 81–2042. MICHIGAN *v.* MID-LOUISIANA GAS CO. ET AL.; and
No. 82–19. FEDERAL ENERGY REGULATORY COMMISSION *v.* MID-LOUISIANA GAS CO. ET AL. C. A. 5th Cir. Motion of Public Utilities Commission of California et al. for leave to file a brief as *amici curiae* in Nos. 81–1889, 81–1958, and 81–2042 granted. Motion of Associated Gas Distributors for leave to file a brief as *amicus curiae* in No. 81–1889 granted. Motions of National Rural Electric Cooperative Association and Edmund G. Brown, Jr., Governor of California, for leave to file briefs as *amici curiae* granted. Certiorari granted, cases consolidated, and a total of one hour allotted for oral argument. Reported below: 664 F. 2d 530.